■ In the Matter of JOVAN FLUDD, Appellant, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, et al., Respondents. [940 NYS2d 909]—Appeal from a judgment (denominated decision and order) of the Supreme Court, Erie County (John L. Michalski, A.J.), entered March 31, 2011 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.